# Court of Appeals
# of the State of Georgia

ATLANTA, February 09, 2022

*The Court of Appeals hereby passes the following order*

**A22I0115. LACAS, LLC d/b/a FLASHBACK v. ARIEL RANDAL .**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be

hereby DENIED.

LC NUMBERS:

STSV2020000121



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, February 09, 2022.*

*I certify that the above is a true extract from the minutes*
*of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto*
*affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*